IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NYDEED B.K. NASHAD'DAI,

    Plaintiff,

v.                                                                                                         4:03cv297-WS

GEORGE B. SAPP,
LIEUTENANT J.A. PICKLES,
SERGEANT R. W. LONG,
SERGEANT PADGET,
SERGEANT PHILMAN,
SERGEANT BRYAN,
OFFICER D.H. BEVIS,
UNKNOWN MAJOR OF SECURITY,
UNKNOWN OFFICER #2,
UNKNOWN OFFICER #3,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (doc. 61) docketed September 19, 2005.  The magistrate judge recommends that the defendants' motion for summary judgment be granted in part and denied in part.  No objections to the report and recommendation have been filed.

    Upon review of the record, the court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order.

2. The defendants' motion for summary judgment (doc. 42) is GRANTED as to the plaintiff's First Amendment claim but is otherwise DENIED.

3. The case shall be remanded to the magistrate judge for further proceedings.

DONE AND ORDERED this December 1, 2005.


    /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE