IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**NYDEED B.K. NASHAD'DAI,**

    **Plaintiff,**

vs.                                                  **Case No. 4:03cv297-WS/WCS**

**LIEUTENANT J.A. PICKLES,
SERGEANT R.W. LONG,
SERGEANT PADGET,
SERGEANT PHILMAN,
SERGEANT BRYAN,
OFFICER D.H. BEVIS,
UNKNOWN MAJOR OF SECURITY,
UNKNOWN OFFICER #2
UNKNOWN OFFICER #3,**

    **Defendants.**

_____/

**O R D E R**

    Recently, two items of mail has been sent from the Court to Plaintiff, docs. 62 and 63, but have been returned as "undeliverable." Docs. 65, 66. This order is entered to direct the re-mailing of these documents to Plaintiff.

    It is noted that the last docket entry for Plaintiff was on August 17, 2005, when Plaintiff submitted a notice of change of address. Doc. 59. Nothing else has been received from Plaintiff, and the documents which have been returned to the Court were sent to Plaintiff at that address of record. Defendants also filed an Answer, doc. 64, to

Plaintiff at the address of record.  Presumably, that document was also returned to Defendants.

This case is on the verge of trial.  See docs. 62, 63.  However, Plaintiff may no longer desire to continue with this litigation now that it appears he has been released from prison since nothing has been received from Plaintiff in over four months.  Plaintiff must respond to this order by the deadline provided or this case will be dismissed for lack of prosecution.  Assuming Plaintiff even receives this order, Plaintiff must also file a notice with the Clerk of Court providing his current address.  The Clerk will be directed to provide this order to the address of record as listed for Plaintiff on the Florida Department of Corrections' website.  If this Order is returned to the Court, no further attempts will be made to locate Plaintiff or continue with litigation that appears to have been abandoned by Plaintiff.

Accordingly, it is

**ORDERED:**

1. The Clerk of Court shall mail this Order to Plaintiff at the following address: Nydeed Nashaddai, c/o Inn on the Hill, 275 34th Street, South, St. Petersburg, FL 33711.[1]

2. Plaintiff shall have until **January 17, 2006**, in which to demonstrate his intent to proceed with this case by filing a notice with the Clerk of Court which provides his current address.  Furthermore, should Plaintiff's address change at any point in the future, Plaintiff must *immediately* file a notice of change of address with the Court.

---

[1] This address is the "current verified address" as listed for Plaintiff who is listed as being on active supervised release.  See www.dc.state.fl.us.

Case No. 4:03cv297-WS/WCS

3.  As provided in the prior order, doc. 63, the parties have until **January 13, 2006**, to file motions detailing the scope and nature of any further discovery necessary, and showing good cause for a need to conduct such discovery.

4.  The Clerk shall return this file to the undersigned by January 13, 2006.

**DONE AND ORDERED** on December 27, 2005.

        s/     William C. Sherrill, Jr.
        **WILLIAM C. SHERRILL, JR.**
        **UNITED STATES MAGISTRATE JUDGE**