**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**NYDEED B.K. NASHAD'DAI,**

    **Plaintiff,**

vs.                                      **Case No. 4:03cv297-WS/WCS**

**LIEUTENANT J.A. PICKLES,
SERGEANT R.W. LONG,
SERGEANT PADGET,
SERGEANT PHILMAN,
SERGEANT BRYAN,
OFFICER D.H. BEVIS,
UNKNOWN MAJOR OF SECURITY,
UNKNOWN OFFICER #2
UNKNOWN OFFICER #3,**

    **Defendants.**

_____/

**O R D E R**

After two items of mail were returned to the Court as "undeliverable," docs. 62, 63, 65, 66, an order was entered on December 27, 2005, directing the re-mailing of those documents to Plaintiff. Doc. 67. Just three days later, Plaintiff submitted a notice of change of address, doc. 68, and, thus, it is assumed that Plaintiff did not receive that court order. The Clerk of Court shall mail the latest court order to Plaintiff at the address most recently provided by Plaintiff.

In accordance with the December 5, 2005, court order, Defendants filed a motion for leave to take Plaintiff's deposition. Doc. 69. Such a deposition would be taken in this district requiring Plaintiff's travel from St. Petersburg. *Id.*

Pursuant to N.D. Fla. Loc. R. 26.2(C)(2), it is policy "that the deposition of a non-resident plaintiff may be taken at least once in this district." This policy is permissive and Defendant's motion is granted. Plaintiff's deposition shall be taken on or before **March 1, 2006**.

Due to the difficulty in Plaintiff's receipt of court orders, a brief period of time will be extended to Plaintiff to submit any additional discovery requests. Any such request *must* be received by Plaintiff no later than **February 1, 2006**.

Accordingly, it is

**ORDERED:**

1. The Clerk of Court shall mail this Order to Plaintiff at his most recent change of address, *see* doc. 68.

2. The Clerk of Court shall mail a copy of the prior court order, doc. 67, and the discovery order, doc. 63, to Plaintiff.

3. Plaintiff shall have until **February 1, 2006**, in which to show cause for permitting Plaintiff to engage in any additional discovery prior to setting this case for trial. Plaintiff's response shall be in compliance with the prior order, doc. 63, and must detail the scope and nature of any further discovery.

4. Defendants' motion to depose Plaintiff, doc. 69, is **GRANTED**. Plaintiff's deposition shall be taken on or before **March 1, 2006**.

5.  The Clerk of Court shall return this file to the undersigned by February 1, 2006.

**DONE AND ORDERED** on January 17, 2006.

        **s/     William C. Sherrill, Jr.**
        **WILLIAM C. SHERRILL, JR.**
        **UNITED STATES MAGISTRATE JUDGE**