# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**NYDEED B.K. NASHAD'DAI,**

    **Plaintiff,**

vs.                                      **Case No. 4:03cv297-WS/WCS**

**LIEUTENANT J.A. PICKLES,
SERGEANT R.W. LONG,
SERGEANT PADGET,
SERGEANT PHILMAN,
SERGEANT BRYAN,
OFFICER D.H. BEVIS,
UNKNOWN MAJOR OF SECURITY,
UNKNOWN OFFICER #2
UNKNOWN OFFICER #3,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

This cause is before the Court upon referral from the Clerk of Court. Previously, Defendants filed a motion to permit re-noticing of the taking of Plaintiff's deposition. Doc. 72. Ruling on this motion was deferred and Plaintiff was directed to submit a response to the court order. Doc. 73. Plaintiff has not responded.

Nothing has been received from Plaintiff in this case since Plaintiff submitted a notice of change of address. Doc. 68. Plaintiff has failed to respond to an order to show cause. Doc. 70. Plaintiff also failed to appear for his scheduled deposition. It

was that failure that prompted Defendants to file the most recent motion, doc. 72. However, despite Plaintiff being advised that Defendants are entitled to take Plaintiff's deposition at least one time in this District, doc. 73, and being alerted to the fact that this case would be dismissed if Plaintiff failed to respond to the show cause order, doc. 73, Plaintiff has not responded.

It now appears that Plaintiff no longer desires to continue with this case now that he is released from prison.  Plaintiff has abandoned this litigation and this case should be dismissed.

In light of the foregoing, it is respectfully **RECOMMENDED** that this civil rights action be **DISMISSED** for failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on May 12, 2006.


    s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

Case No. 4:03cv297-WS/WCS