IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NYDEED B.K. NASHAD'DAI,

   Plaintiff,

v.                4:03cv297-WS

LIEUTENANT J.A. PICKLES,
SERGEANT R.W. LONG,
SERGEANT PADGET,
SERGEANT PHILMAN,
SERGEANT BRYAN,
OFFICER D.H. BEVIS,
UNKNOWN MAJOR OF SECURITY,
UNKNOWN OFFICER #2,
UNKNOWN OFFICER #3,

   Defendants.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 74) docketed May 12, 2006.  The magistrate judge recommends that the case be dismissed for failure to prosecute.

Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. This case is hereby DISMISSED without prejudice for failure to prosecute.

3. The clerk is directed to enter judgment accordingly.

DONE AND ORDERED this June 20, 2006.


    /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE